## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY-LEXINGTON

| | |
|---|---|
| In Re ) | |
| ) | |
| PEGGY S. WELLS ) | Case No.: 09-52251-JMS |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| CHASE BANK USA, N.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. No.: 09-5240 |
| ) | |
| PEGGY S. WELLS ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR JUDGMENT

COMES NOW Defendant, Peggy S. Wells ("Debtor /Defendant "), by and through her attorney, Roy Fugitt,, Esq., and Plaintiff, Chase Bank, USA, NA ("Plaintiff") by and through its attorney, S. Ryan Newcomb, Esq., and hereby stipulate and agree as follows:

1. That the debt due and owing by Debtor/Defendant to Plaintiff is nondischargeable pursuant to 11 U.S.C. Section 523(a)(2)(A) of the United States Bankruptcy Code.

2. The allegations contained in Plaintiff's Complaint are true and that judgment shall be entered in favor of Plaintiff and against Defendant for the principal sum of $2,255.28 together with interest at the statutory rate per annum from and after July 17, 2009.

3. Execution on the judgment shall be stayed against Defendant provided Defendant pays the sum of $100.00 due on December 15, 2009 and then pays $100.00 on or before the 15th day of each month thereafter until such time as $1,127.64 has been paid. As long as timely payments are made, the payments shall apply to the sum of $1,127.64 and all interest plus remaining principal shall be waived. All payments should be made payable and forwarded to: **S. Ryan Newcomb, 326 West Main Street, Frankfort, KY, 40601.** Should the Defendant default in any provision of this Agreement or default in the repayment of the debt at any time, then the full amount of the judgment, $2,255.28including all interest at the statutory rate per annum from and after July 17, 2009 plus attorneys fees shall become immediately due and owing, and LET EXECUTION ISSUE THEREFORE.

Respectfully Submitted:

By: /s/ S. Ryan Newcomb
S. Ryan Newcomb, Esq.
JOHNSON, TRUE, GUARNIERI, LLP
326 West Main St.
Frankfort, KY, 40601
Telephone (502) 875-6000
Facsimile (502) 875-6009
ATTORNEY FOR CREDITOR/PLAINTIFF

/s/ Roy Fugitt
Roy Fugitt, Esq.
24 Court Street
Winchester, KY, 40391
ATTORNEY FOR DEBTOR/DEFENDANT