IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY-LEXINGTON

| | |
|---|---|
| In Re ) | |
| ) | |
| PEGGY S. WELLS ) | Case No.: 09-52251 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| CHASE BANK USA, N.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. No.: 09-5240 |
| ) | |
| PEGGY S. WELLS ) | |
| ) | |
| Defendant. ) | |

**ORDER FOR JUDGMENT**

Now on this 9th day of November, 2009, Peggy S. Wells ("Debtor/Defendant"), and Plaintiff, Chase Bank, USA, NA ("Plaintiff") by and through its attorney, S. Ryan Newcomb, Esq. and upon consideration of the parties Stipulation for Judgment, it is

THEREFORE ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of Plaintiff and against Defendant for the principal sum of $2,255.28 together with interest at the statutory rate per annum from and after July 17, 2009 together with the costs of this action. It is

FURTHER ORDERED, ADJUDGED AND DECREED that the judgment is nondischargeable pursuant to 11 U.S.C. Section 523(a)(2)(A) of the United State Bankruptcy Code, and it is:

FURTHER ORDERED, ADJUDGED AND DECREED that execution on the

judgment shall be stayed against Defendant provided Defendant pays the sum of $100.00 due on December 15, 2009 and then pays $100.00 on or before the 15th day of each month thereafter until such time as $1,127.64 has been paid. As long as timely payments are made, the payments shall apply to the sum of $1,127.64 and all interest plus remaining principal shall be waived. Should Debtor default in any provision of this Agreement or default in the repayment of the debt at any time, then the full amount of the judgment, $2,255.28 including all interest at the statutory rate per annum from and after July 17, 2009 plus attorneys fees shall become immediately due and owing, and LET EXECUTION ISSUE THEREFORE.

Submitted by:

/s/ S. Ryan Newcomb
S. Ryan Newcomb, Esq.
JOHNSON, TRUE, GUARNIERI, LLP
326 West Main St.
Frankfort, KY, 40601
Telephone (502) 875-6000
Facsimile (502) 875-6009
ATTORNEY FOR CREDITOR/PLAINTIFF


/s/ Roy Fugitt
Roy Fugitt, Esq.
24 Court Street
Winchester, KY, 40391
ATTORNEY FOR DEBTOR/DEFENDANT

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Tuesday, November 10, 2009**
(jms)